IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SECURITIES LITIGATION | Master File No. 2:14-cv-00033-DB<br><br>**ORDER**<br><br>Judge Hon. Dee Benson |
| This Document Relates To:<br>ALL ACTIONS | |

This matter came before the Court on the Defendants' Motion to Dismiss for Failure to State a Claim and Lead Plaintiffs' Motion to Strike Defendants' Factual or Evidentiary Submissions in Support of Defendants' Motion to Dismiss and Supporting Memorandum. The Court received briefing on both motions and oral argument was heard on the Motion to Dismiss. The Court, having been duly advised in the premises hereby denies Defendants' Motion to Dismiss in its entirety. Having denied Defendants' Motion to Dismiss, the Motion to Strike is deemed moot.

DATED this 26th day of February, 2015.

BY THE COURT:

_____
Honorable Dee V. Benson
United States District Court Judge

APPROVED AS TO FORM:

CHRISTENSEN & JENSEN, P.C.


*/s/ Heidi G. Goebel*
Heidi G. Goebel

LABATON SUCHAROW LLP

Jonathan Gardner (*pro hac vice*)
Mark S. Goldman (*pro hac vice*)
Christine M. Fox (*pro hac vice*)

*Counsel for Lead Plaintiff State-Boston Retirement System and the Proposed Class*

PARR BROWN GEE & LOVELESS


*/s/ Robert S. Clark (signed with permission)*
Daniel E. Barnett
Robert S. Clark

SIMPSON THACHER & BARTLETT LLP

Alexis C. Coll-Very
James G. Kriessman
Jonathan C. Sanders

*Counsel for Nu Skin Enterprises*