Jonathan Gardner (*pro hac vice*)
Christine M. Fox (*pro hac vice*)
Guillaume Buell (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
cfox@labaton.com
gbuell@labaton.com

Eric K. Jenkins (10783)
**CHRISTENSEN & JENSEN, P.C**.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472

*Counsel for Lead Plaintiff State-Boston Retirement System
and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SECURITIES LITIGATION | Master File No. 2:14-cv-00033-JNP-BCW<br><br>Hon. Jill Parrish |
| This Document Related To:<br>ALL ACTIONS | **LEAD PLAINTIFF'S MOTION TO FILE OVERLENGTH MEMORANDUM IN CONNECTION WITH LEAD PLAINTIFF'S MOTION PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING FORM AND MANNER OF NOTICE, AND SETTING DATE FOR HEARING ON FINAL APPROVAL OF SETTLEMENT** |

Lead Plaintiff State-Boston Retirement System ("Lead Plaintiff"), on behalf of itself, named plaintiffs Michael J. Dudash and Jason Spring, and the proposed class, respectfully moves this Court, pursuant to Rule 7-1(e) of the Rules of Practice for the United States District Court of Utah, for leave to file an overlength memorandum in connection with Lead Plaintiff's Motion Preliminarily Approving Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement.

Rule 7-1(a)(3(B) requires that the argument section of motions not exceed ten pages. Lead Plaintiff requests a modest enlargement of seven (7) pages of argument, for a total of 17 pages of argument. These additional pages are necessary for Lead Plaintiff to fully address all of the arguments and issues necessary for the Court to consider the different types of relief requested in Lead Plaintiff's motion preliminarily approving the proposed Settlement.

A proposed order is attached as Exhibit 1 to this motion.

Dated: May 6, 2016                    Respectfully submitted,

                                      /s/  Jonathan Gardner

                                      Jonathan Gardner (*pro hac vice*)
                                      Christine M. Fox (*pro hac vice*)
                                      Guillaume Buell (*pro hac vice*)
                                      **LABATON SUCHAROW LLP**
                                      140 Broadway
                                      New York, New York 10005
                                      Telephone: (212) 907-0700
                                      Facsimile: (212) 818-0477
                                      jgardner@labaton.com
                                      cfox@labaton.com
                                      gbuell@labaton.com

                                      Eric K. Jenkins (10783)
                                      **CHRISTENSEN & JENSEN, P.C**.
                                      257 East 200 South, Suite 1100

1

Salt Lake City, UT 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472

*Counsel for Lead Plaintiff State-Boston Retirement System and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I certify that on this 6th day of May 2016, I electronically filed Lead Plaintiff's Motion to File Overlength Memorandum in Connection with Lead Plaintiff's Motion Preliminarily Approving Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Class Action Settlement, using the Court's CM/ECF system, which will be sent electronically to all counsel of record.

/s/ JONATHAN GARDNER
Jonathan Gardner