Jonathan Gardner (*pro hac vice*)
Christine M. Fox (*pro hac vice*)
Guillaume Buell (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
cfox@labaton.com
gbuell@labaton.com

Eric K. Jenkins (10783)
**CHRISTENSEN & JENSEN, P.C**.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
eric.jenkins@chrisjen.com

*Counsel for Lead Plaintiff State-Boston Retirement System
and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SECURITIES LITIGATION | Master File No. 2:14-cv-00033-JNP-BCW <br><br> Hon. Jill Parrish |
| This Document Related To: <br> ALL ACTIONS | **LEAD PLAINTIFF'S MOTION TO FILE OVER-LENGTH MEMORANDA IN CONNECTION WITH MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES** |

Lead Plaintiff State-Boston Retirement System ("Lead Plaintiff"), on behalf of itself, named plaintiffs Michael J. Dudash and Jason Spring, and the proposed class, respectfully moves this Court, pursuant to Rule 7-1(e) of the Rules of Practice for the United States District Court of Utah, for leave to file: (1) an over-length memorandum in connection with Lead Plaintiff's Motion for Approval of Class Action Settlement ("Approval Motion"); and (2) an over-length memorandum in connection with Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses ("Fee Motion").  The motions are due to be filed on August 31, 2016.

Rule 7-1(a)(3(B) requires that the argument section of motions not exceed ten pages. Lead Plaintiff requests a modest enlargement of four (4) pages of argument, for a total of 14 pages of argument, in connection with the Approval Motion and seven and eight (8) pages of argument, for a total of 18 pages of argument, in connection with the Fee Motion.  These additional pages are necessary for Lead Plaintiff and Lead Counsel to fully address all of the arguments and issues necessary for the Court to consider the different types of relief requested in the motions.

A proposed order is attached as Exhibit 1 to this motion.

Dated: August 23, 2016                        Respectfully submitted,

                                              /s/  Jonathan Gardner

                                              Jonathan Gardner (*pro hac vice*)
                                              Christine M. Fox (*pro hac vice*)
                                              Guillaume Buell (*pro hac vice*)
                                              **LABATON SUCHAROW LLP**
                                              140 Broadway
                                              New York, New York 10005
                                              Telephone: (212) 907-0700
                                              Facsimile: (212) 818-0477
                                              jgardner@labaton.com

1

cfox@labaton.com
gbuell@labaton.com

Eric K. Jenkins (10783)
**CHRISTENSEN & JENSEN, P.C**.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
eric.jenkins@chrisjen.com

*Counsel for Lead Plaintiff State-Boston Retirement System and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of August 2016, I electronically filed Lead Plaintiff's Motion to File Over-Length Memoranda in Connection with Lead Plaintiff's Motion to File Over-Length Memoranda in Connection with Motion for Approval of Class Action Settlement and Motion for Award of Attorneys' Fees and Expenses, using the Court's CM/ECF system, which will be sent electronically to all counsel of record.

/s/ JONATHAN GARDNER
Jonathan Gardner